UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:19-cr-149-T-33AAS

JORGE MORALES-REYES
_____/

SENTENCING MEMORANDUM

COMES NOW the Defendant, Jorge Morales-Reyes, by and through undersigned counsel, and requests a sentence of 108 months' imprisonment.

Mr. Morales-Reyes is the sixth and last defendant to be sentenced among six co-defendants. He is a native of Ecuador, where he grew up in extreme poverty. He began fishing at age six, and dropped out of school in the sixth grade to begin the life of a fisherman. He earned around $100 a month fishing, barely enough to feed his family, and sometimes much less, depending on the catch.

The drug cartel exploited Jorge's acute poverty and recruited him for a smuggling mission on a go-fast vessel. When the vessel was interdicted, he admitted to being the master. As the presentence report recounts, he initially told investigators a story about a fishing trip gone

wrong, but he has since pled guilty and promised to cooperate with the Government.  He has done so and been truthful.  Jorge left behind his wife and two children, Jorge Jr., age six, and Henry, age two.  Jorge is 27 years old.

On September 6, 2019, this Court held a sentencing hearing for Mr. Morales-Reyes's five co-defendants.  The Court denied the Government's request to apply the "captain" enhancement under U.S.S.G. § 2D1.1(b)(3) as to Mr. Loor, who had admitted to being the captain of the second vessel, reasoning that no one is really the captain of a small vessel with a three-member crew, as each member performs the same functions.  The Court therefore established an offense level of 31 for each defendant.  The Government moved for substantial-assistance departures for some defendants, and the Court granted those motions and departed in varying degrees, based on the nature of the assistance.

Then, the Court considered the sentencing factors under 18 U.S.C. § 3553(a), including the nature of the offense and the history and characteristics of the defendants.  Each defendant committed identical

crimes and had similar history and characteristics, being impoverished South Americans with no criminal history.  The Court imposed a low-end Guidelines sentence on each co-defendant, taking into account the substantial-assistance motions where they had been made.  (*See* PSR, p. 2).

Mr. Morales-Reyes merely asks for the same treatment.  As with Mr. Loor, the Court should decline to apply the captain enhancement.  Further, there is no material difference between Mr. Morales-Reyes's crime or his history and characteristics and those of his co-defendants.  Like them, Mr. Morales-Reyes succumbed to the temptation to engage in a drug smuggling venture.  Like them, he is impoverished and uneducated, and has no criminal history.

At the prior sentencing hearing, the Court took full account of all of the § 3553(a) factors, including the needs to punish, deter, and incapacitate.  The Court's reasoning as to those defendants is equally applicable here, and so the primary sentencing factor at issue for Mr. Morales-Reyes is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of

3

similar conduct[.]" 18 U.S.C. § 3553(a)(6). No disparity between Mr. Morales-Reyes and his co-defendants would be warranted, and so this Court should sentence him to the low end of the Guidelines range for offense level 31, 108 months' imprisonment.

**WHEREFORE** Defendant, Mr. Morales-Reyes, prays this Court will impose a sentence of 108 months' imprisonment.

DATED this 18th day of December 2019.

> Respectfully submitted,
>
> DONNA LEE ELM
> FEDERAL DEFENDER
>
> /s **Samuel E. Landes**
> Samuel E. Landes
> D.C. Bar No. 1552625
> Assistant Federal Defender
> 400 North Tampa Street
> Suite 2700
> Tampa, Florida 33602
> Telephone: (813) 228-2715
> Facsimile: (813) 228-2562
> Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th of December 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Diego Novaes.

/s *Samuel E. Landes*
Samuel E. Landes
Assistant Federal Defender